affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Shearn, J., dissented.

JOHN C. THORN, Respondent, v. G. HARRY O'SHEA, Appellant. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOHN C. THORN, Respondent, v. G. HARRY O'SHEA, Appellant. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FRED DOMMERMUTH, Respondent, v. RODGERS & HAGERTY, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event on the ground that the verdict is against the weight of evidence. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Dowling and Page, JJ., dissented and voted for affirmance.

BERNARD C. WOLPER, Appellant, v. ABRAM DAVIS and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOSEPH H. HUNSBERGER and Others, as Administrators, etc., Respondents, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEREMIAH G. TRINCAL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of KNAPP & FRENCH, INC.— Orders affirmed, with ten dollars costs and disbursements against the appellant personally. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of the Election of Directors of HUYLER'S, a Corporation. DAVID HUYLER, Appellant, NELSON C. THRALL and "HUYLER'S," Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of the Election of Directors of HUYLER'S, a Corporation. DAVID HUYLER, Appellant; HUYLER'S, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ELIZABETH DUNN, Appellant, v. LAWRENCE DUNN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in order. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ESTHER RODVIEN, Personally and as Administratrix, etc., Respondent, v. ISSER EINHORN, Appellant.— Order modified by limiting the examination to the matters material and necessary to establish plaintiff's right to the cancellation and annulment of the agreements and to an accounting; and as